# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00727-CV

**Wal-Mart Stores, Inc. and Robert William Sykes, Appellants**

**v.**

**Pamela K. Fisher and Jesse G. Fisher, Jr., Appellees**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 233,961-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants, Wal-Mart Stores, Inc. and Robert William Sykes, and appellees, Pamela K. Fisher and Jesse G. Fisher, Jr., have filed an agreed motion to dismiss this appeal, indicating that the parties have settled the underlying dispute. They further request that we dismiss the appeal with prejudice and order that each party bear its own costs of appeal. We grant the parties' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Dismissed on Agreed Motion

Filed:   February 28, 2013